PASSAVANT, Respondent, v. GUTLOHN et al., Appellants.

(Supreme Court, General Term, First Department.  February 16, 1894.)

Action by Herman Passavant against David Gutlohn and others.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
J. Marks, for appellants.
C. Putzel, for respondent.
No opinion.  Order affirmed, with $10 costs and disbursements.

RIKER, Respondent, v. DUN et al., Appellants.

(Supreme Court, General Term, First Department..  February 16, 1894.)

Action by Carroll L. Riker against Robert G. Dun and others..
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
J. B. Mullaly, for appellants.
W. Parker, for respondent.
No opinion.  Order affirmed, with $10 costs and disbursements.

SMITH et al., Respondents, v. BERNHARD et al., Appellants.

(Supreme Court, General Term, First Department.  February 16, 1894.)

Appeal from special term, New York county.
Action by Alfred H. Smith and others against Adolph Bernhard and others.
Argued before VAN BRUNT, P. J., and FOLLETT, J.

L. F. Doyle, for appellants.
F. Bien, for respondents.

PER CURIAM.  There is nothing in the cause of action alleged in the complaint showing the necessity for an examination of the books.  The order should be reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

SMITH, Respondent, v. RENTZ, Appellant.

(Supreme Court, General Term, First Department.  February 16, 1894.)

Action by Eugene Smith, as executor, etc., against Fredericka Rentz.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
Leopold Leo, for appellant.
H. B. Closson, for respondent.
No opinion.  Judgment affirmed, with costs.  See 26 N. Y. Supp. 1115.

STORER, Appellant, v. DAVID JONES CO., Respondent.

(Supreme Court, General Term, First Department.  February 16, 1894.)

Action by John Storer against the David Jones Company.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
D. Gerber, for appellant.
E. H. Kelly, for respondent.
No opinion.  Order affirmed, with $10 costs and disbursements.